**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile.: 415-434-0882

Attorneys for Defendants G4S SECURE
SOLUTIONS (USA) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE VENTURA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC. a Florida corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FRCP 7.1]**<br><br>Action Filed:   August 22, 2016<br>Trial Date:       None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant G4S Secure Solutions (USA) Inc. ("Defendant") submits the following corporate disclosure statement:

1.  Defendant, G4S Secure Solutions (USA) Inc., is a Florida corporation, and the following entities (or affiliates of publicly traded corporations), hold a 10 percent or greater ownership interest in it:

    (a)   G4S Secure Solutions (USA) Inc., f/k/a The Wackenhut Corporation is a wholly-owned subsidiary of G4S Holding One, Inc. ("G4SHO"), a Delaware corporation;

    (b)   G4SHO is a wholly-owned subsidiary of G4S USA Holdings Limited ("G4SUSH"), a British company;

4820-1352-4537.1                                            1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

(c)   G4SUSH is a wholly-owned subsidiary of G4S Corporate Services Limited ("G4SCS"), a British company; and

(d)   G4SCS is a wholly owned subsidiary of G4S plc, a British company traded on the London Stock Exchange.

2.   G4S Secure Solutions (USA), Inc., is unaware of any actual or potential conflict of interest involving any District Judge or Magistrate Judge, and will immediately notify the court in writing if it learns of any such conflict.

Respectfully submitted,

Dated: September 22, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Joseph Lordan*

_____
Joseph Lordan

Counsel for Defendant
G4S SECURE SOLUTIONS, (USA) INC.