**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE VENTURA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS (USA) INC,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01420 LJO JLT<br><br>ORDER TO COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOUD NOT BE IMPOSED FOR THEIR FAILURE TO FILE A JOINT SCHEDULING REPORT<br><br>ORDER TO THE PARTIES TO FILE A JOINT SCHEDULING REPORT<br><br>ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE |

　　　　On September 23, 2016, the defendant removed this action to this Court. (Doc. 1) On that same date, the Court issued its "Order Setting Mandatory Scheduling Conference." (Doc. 2) The Order set the mandatory conference on January 6, 2017 and ordered the parties to file their joint scheduling report at least one week in advance of the conference. <u>Id</u>. at 2. This did not occur. Therefore, the Court **ORDERS**,

　　　　1.　　**<u>No later than January 13, 2017</u>**, counsel for the parties **SHALL** show cause why sanctions should not be imposed for their failure to comply with the Court's orders;

　　　　2.　　**<u>No later than January 13, 2017</u>**, the parties **SHALL** file their joint scheduling conference statement;

　　　　3.　　The scheduling conference is continued to January 18, 2017 at 8:30 a.m. Appearances

1

via the CourtCall service are authorized.

IT IS SO ORDERED.

Dated: **January 5, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE