# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE VENTURA,<br><br>        Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS (USA) INC,<br><br>        Defendant. | Case No.: 1:16-cv-01420 LJO JLT<br><br>ORDER CLOSING THE CASE |

On January 5, 2017, the parties filed a stipulation to dismiss the action. (Doc.  )  Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 5, 2017**                 **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE